# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKECHERS USA, INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

### DEFENDANT SKECHERS USA, INC.'S MOTION
### TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Skechers USA, Inc. ("Skechers") respectfully moves this Court to dismiss Plaintiff Rikki Guajardo's Complaint in the above-captioned matter for the reasons set forth in the accompanying Memorandum of Law.

Dated: August 21, 2019

Respectfully submitted,

　/s/ *Hannah Y. Chanoine*
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Ph. (212) 326-2000
Fx. (212) 326-2061

Jeffrey A. Barker (application for admission pending)
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
Ph. (310) 246-6763
Fx. (310) 246-6779

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SKECHERS USA, INC.,<br><br>      Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

### CERTIFICATE OF SERVICE

    I, hereby certify that on the 21st day of August 2019, the foregoing has been served on all parties via the Clerk of the District Court using the Court's CM/ECF system.

                                        /s/ *Hannah Y. Chanoine*
                                        Hannah Y. Chanoine
                                        O'MELVENY & MYERS LLP
                                        7 Times Square
                                        New York, New York  10036
                                        Ph. (212) 326-2000
                                        Fx. (212) 326-2061

                                        *Attorneys for Defendant*