# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,

    Plaintiff,

v.

SKECHERS USA, INC.,

    Defendant.

Civil Action No. 4:19-cv-04104-SLD-JEH

## [PROPOSED] ORDER

Now, this _____ day of_____, upon consideration of Defendant Skechers USA, Inc.'s Motion to Dismiss Plaintiff's Complaint (the "Motion"), the supporting briefing, and any response thereto,

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiff Rikki Guajardo's Complaint is **DISMISSED**.

BY THE COURT:

_____
SARA DARROW
Chief Judge
United States District Court

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SKECHERS USA, INC.,<br><br>        Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

## **CERTIFICATE OF SERVICE**

I, hereby certify that on the 21st day of August 2019, the foregoing has been served on all parties via the Clerk of the District Court using the Court's CM/ECF system.

                                             /s/ *Hannah Y. Chanoine*
                                           Hannah Y. Chanoine
                                           O'MELVENY & MYERS LLP
                                           7 Times Square
                                           New York, New York  10036
                                           Ph. (212) 326-2000
                                           Fx. (212) 326-2061

                                           *Attorneys for Defendant*