IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SKECHERS USA, INC.,<br><br>      Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

**[PROPOSED]**
**ORDER**

Now, this _____ day of_____, upon consideration of Defendant Skechers USA, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"), the supporting briefing, and any response thereto,

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiff Rikki Guajardo's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
SARA DARROW
Chief Judge
United States District Court

4836-3882-2056.1

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,

   Plaintiff,

 v.

SKECHERS USA, INC.,

   Defendant.

Civil Action No. 4:19-cv-04104-SLD-JEH

**CERTIFICATE OF SERVICE**

 I, hereby certify that on the 2nd day of October 2019, the foregoing has been served on all parties via the Clerk of the District Court using the Court's CM/ECF system.

    /s/ *Stephen R. Niemeyer*
    Stephen R. Niemeyer
    LEWIS BRISBOIS BISGAARD & SMITH
    550 W. Adams Street, Suite 550
    Chicago, Illinois  60661
    Ph. (312) 345-1718
    Fx. (312) 345-1778

    *Attorneys for Defendant*