# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SKECHERS USA, INC.,<br><br>    Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

## NOTICE OF DEFENDANT SKECHERS USA, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and upon the accompanying Memorandum of Law in Support of Defendant Skechers USA, Inc.'s ("Skechers") Motion to Dismiss Plaintiff's Second Amended Complaint and the Declaration of Hannah Y. Chanoine dated December 28, 2020 submitted herewith, and upon all pleadings and proceedings previously had herein, Skechers will move this Court, at the United States District Courthouse located at 131 E. 4th Street, Davenport, Iowa 52801, to dismiss the Second Amended Complaint against Skechers with prejudice and granting any such other and further relief as the Court deems just.

| | |
|---|---|
| Dated: December 28, 2020<br>New York, NY | Respectfully submitted,<br><br>/s/ Hannah Y. Chanoine<br>_____<br>Hannah Y. Chanoine<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York  10036<br>Ph. (212) 326-2000<br>Fx. (212) 326-2061<br><br>Jeffrey A. Barker (application for admission pending)<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067<br>Ph. (310) 246-6763<br>Fx. (310) 246-6779<br><br>Ruth E. Goldwater McCoy (ARDC #: 6201239)<br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br>550 West Adams Street, Ste. 300 Chicago, IL 60661<br>Ph: (312) 463-3360<br>Fx: (312) 345-1778<br><br>*Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SKECHERS USA, INC.,<br><br>      Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

**CERTIFICATE OF SERVICE**

    I, hereby certify that on the 28th day of December 2020, the foregoing has been served on all parties via the Clerk of the District Court using the Court's CM/ECF system.

                              */s/ Hannah Y. Chanoine*
                              Hannah Y. Chanoine
                              O'MELVENY & MYERS LLP
                              7 Times Square
                              New York, New York  10036
                              Ph. (212) 326-2000
                              Fx. (212) 326-2061

                              *Attorneys for Defendant*