# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SKECHERS USA, INC.,<br><br>        Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

## [PROPOSED]
## ORDER

Now, this _____ day of _____, upon consideration of Defendant Skechers USA, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"), the supporting briefing, and any response thereto,

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiff Rikki Guajardo's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
SARA DARROW
Chief Judge
United States District Court

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKECHERS USA, INC.,<br><br>Defendant. | Civil Action No. 4:19-cv-04104-SLD-JEH |

## CERTIFICATE OF SERVICE

I, hereby certify that on the 28th day of December 2020, the foregoing has been served on all parties via the Clerk of the District Court using the Court's CM/ECF system.

/s/ *Hannah Y. Chanoine*
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Ph. (212) 326-2000
Fx. (212) 326-2061

*Attorneys for Defendant*