## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIKKI GUAJARDO, on behalf of herself, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SKECHERS USA, INC.,<br><br>      Defendant. | Case No. 4:19-cv-04104-SLD-JEH |

### NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Gregory F. Coleman, attorneys for Plaintiff and class, will be as follows:

 Gregory F. Coleman
 **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
 800 S. Gay Street, Suite 1100
 Knoxville, TN 37929
 Telephone: 865-247-0080
 Facsimile: 865-522-0049
 gcoleman@milberg.com

Dated: June 8, 2021        Respectfully submitted,

           By: <u>s/Gregory F. Coleman</u>
              Gregory F. Coleman
              **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
              800 S. Gay Street, Suite 1100
              Knoxville, TN 37929
              Telephone: 865-247-0080
              Facsimile: 865-522-0049
              gcoleman@milberg.com

2

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on June 8, 2021, the foregoing **NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all attorneys properly noticed in the case.

                                                *s/Gregory F. Coleman*
                                                Gregory F. Coleman