Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Rikki Guajardo** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case Number: 4:19-cv-4104-SLD-JEH |
| | ) | |
| **Skechers USA, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Rikki Guajardo's action against Defendant Skechers USA, Inc. is dismissed.

**Dated:** 9/30/21

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court